**TYSON & MENDES LLP**
GRIFFITH H. HAYES
Nevada Bar No. 7374
Email(s):  ghayes@tysonmendes.com
2835 St. Rose Pkwy., Suite 140
Henderson, NV 89052
Telephone: (702) 724-2648
Facsimile: (702) 410-7684
*Attorneys for Defendant CENTENNIAL-HY, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ALEXANDER HINES,<br><br>        Plaintiff,<br><br>vs.<br><br>HYUNDAI MOTOR COMPANY, a Foreign Company; HYUNDAI MOTOR AMERICA, a/k/a HYUNDAI MOTOR AMERICA CORP.; a Delaware Corporation; CENTENNIAL-HY, LLC, a Nevada Limited Liability Company doing business as CENTENNIAL HYUNDAI; HYUNDAI MOBIS, a Foreign Corporation; and DOES 1-10, inclusive; and ROE CORPORATIONS 1-10, inclusive,<br><br>        Defendants. | Case No. 2:26-cv-00991<br><br>**STIPULATION AND ORDER OF DEFENDANT CENTENNIAL-HY, LLC TO FILE OPPOSITON TO PLAINTIFF'S MOTION TO REMAND** |

Plaintiff ALEXANDER HINES ("Plaintiff") and Defendant CENTENNIAL-HY, LLC ("Defendant"), by and through their respective counsel of record, hereby stipulate and agree, subject to Court approval, as follows:

1.     Plaintiff filed a Motion to Remand in the above-captioned matter on April 30, 2026.

2.     Defendant's Opposition to Plaintiff's Motion to Remand was due on May 11, 2026.

3.     Due to inadvertence and excusable neglect, Defendant was unable to timely file its Opposition by the applicable deadline.

4.     Upon discovering the oversight, Defendant promptly prepared its Opposition and sought Plaintiff's agreement to permit the late filing.

5.     The parties agree that permitting Defendant to file its Opposition out of time will not prejudice Plaintiff, delay these proceedings, or otherwise negatively impact the Court's schedule.

1

6.      The parties further agree that resolving Plaintiff's Motion to Remand on the merits, with the benefit of full briefing, serves the interests of justice and judicial economy.

7.      Accordingly, pursuant to Federal Rule of Civil Procedure 6(b)(1)(B), the parties stipulate and request that the Court permit Defendant CENTENNIAL-HY, LLC to file its Opposition to Plaintiff's Motion to Remand out of time, and that the Opposition be deemed timely filed upon entry of the Court's order approving this Stipulation.

IT IS SO STIPULATED.

Dated this 12th day of May, 2026.

**TYSON & MENDES LLP**

*/s/ Griffith H. Hayes*
GRIFFITH H. HAYES
Nevada Bar No. 7374
2835 St. Rose Pkwy., Suite 140
Henderson, NV 89052
*Attorneys for Defendant*
*CENTENNIAL-HY, LLC*

Dated this 12th day of May, 2026.

**RYAN ALEXANDER, CHTD**

/s/ Ryan Alexander
RYAN ALEXANDER,
Nevada Bar No. 10845
3017 West Charleston Blvd., Ste. 10
Las Vegas, NV 89102
*Attorney for Plaintiff*

**IT IS SO ORDERED:**

UNITED STATES MAGISTRATE JUDGE

DATED:   May 13, 2026

2

## Misty Pettiford

| | |
|---|---|
| **From:** | Stefania Rota Scalabrini |
| **Sent:** | Tuesday, May 12, 2026 4:17 PM |
| **To:** | Misty Pettiford |
| **Cc:** | Erik Fox; Griffith Hayes |
| **Subject:** | FW: SAO re Opposition Filing |
| **Attachments:** | SAO re File Opposition .docx |

| | |
|---|---|
| **Importance:** | High |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |



Stefania Rota Scalabrini
**Paralegal**
2835 St. Rose Pkwy., Suite 140
Henderson, Nevada 89052
**Main**: 702.724.2648
**Direct**: 725.605.4276
**Fax**: 702.410.7684
srotascalabrini@tysonmendes.com
www.tysonmendes.com

*This email and any attachments are from the law firm of Tyson & Mendes, LLP.  This email is intended only for the use of the addressee and may contain information that is proprietary, confidential, privileged, or protected by state or federal law.  If you are not the intended recipient, any disclosure, copying, distribution, or use of the contents of this email and attachments are prohibited.  If you received this email in error, please notify us by reply email immediately so we may arrange for the retrieval of the information.*

**From:** Ryan Alexander <ryan@ryanalexander.com>
**Sent:** Tuesday, May 12, 2026 4:12 PM
**To:** Erik Fox <efox@tysonmendes.com>
**Cc:** Griffith Hayes <ghayes@tysonmendes.com>; Stefania Rota Scalabrini <SRotascalabrini@tysonmendes.com>; Noah Duran <noah@ryanalexander.com>; Edwardo Martinez <edwardo@ryanalexander.com>
**Subject:** Re: SAO re Opposition Filing

Thanks Erik you can e-sign for me.

Ryan

On Tue, May 12, 2026 at 4:08 PM Erik Fox <efox@tysonmendes.com> wrote:

> Ryan –

Please find the attached SAO regarding the Opposition filing.  Please let me know if we have your signature authority.  Thanks

--
_____
Ryan Alexander, Chtd.
3017 West Charleston Boulevard, Suite 10
Las Vegas, NV 89102
Phone: (702) 868-3311
Fax: (702) 822-1133

2